ERASTUS CORNING, Respondent, *v.* LEURENDUS B. ASHLEY, Impleaded, etc., Appellant.

(Argued June 13, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 7, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*P. M. French* for appellant.

*Matthew Hale* for respondent.

Agree to affirm on opinion below.
All concur except RUGER, Ch. J., not voting.
Judgment affirmed.